# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

JARVIS LAMAR JOHNSON  
729 DELLWOOD DRIVE  
SMYRNA, TN  37167

Case No. **14-08738-RM3-13**

JUDGE RANDAL S MASHBURN

SSN XXX-XX-8711

## TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been examined. The deadline for filing non government claims in this case was **03/16/2015**. The deadline for filing claims by governmental units was **04/29/2015**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PINNACLE BANK<br>114 W COLLEGE ST<br>MURFREESBORO, TN  37130 | $0.00<br>DATE FILED: 11/06/2014 | 910 AUTOMOBILE LOAN (W)<br>Disb level: 0<br>SURRENDERED<br>ACCT: **814**<br>COMM: 06 LEXUS IS 350 |
| | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| ACS<br>P O BOX 371834<br>PITTSBURGH, PA  15250 | $0.00<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4182**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| AHP INC<br>P O BOX 116365<br>ATLANTA, GA  30368 | $0.00<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9897**<br>COMM: MEDICAL |
| | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| BANK OF AMERICA<br>P O BOX 25118<br>TAMPA, FL  33622 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| BIO REFERENCE LABORATORIES<br>CAINE AND WEINER<br>9931 CORPORATE CAMPUS DR STE 2200<br>LOUISVILLE, KY  40223 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4503**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| SOUTH FULTON MEDICAL CENTER<br>CENTRAL FINL CONTROL<br>P O BOX 66044<br>ANAHEIM, CA  92816 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7116**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| KEITH COBURN<br>MHEAC DBA ASA<br>100 CAMBRIDGE ST STE 1600<br>BOSTON, ME  02114 | **$22,286.41**<br>DATE FILED: 12/03/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8711**<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 7 |
| PEACHTREE EMERGENCY PHYSICIANS<br>CRAIN LAW<br>COLLECTION SERVICES OF ATHENS INC<br>P O BOX 8048<br>ATHENS, GA  30603 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3953**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| CVS CAREMARK<br>P O BOX 659539<br>SAN ANTONIO, TX  78265 | $0.00<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2325**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| SPRINT<br>ENHANCED RECOVERY CORP<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256 | $0.00<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1642**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| FINGERHUT WEBBANK<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN  56303 | $0.00<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1487**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| FINGERHUT WEBBANK<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN  56303 | $0.00<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1570**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| JEFFERSON CAPITAL SYSTEMS<br>P O BOX 953185<br>ST LOUIS, MO  63195 | $425.00<br>DATE FILED: 11/24/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3309**<br>COMM: FIRST PREMIER BANK |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 4 |

| | | |
|---|---|---|
| SOLSTAS LAB PARTNERS GROUP LLC<br>FRANKLIN COLLECTION SERVICE<br>P O BOX 3910<br>TUPELO, MS  38803 | **$53.03**<br>DATE FILED: 11/12/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8711**<br>COMM: 022993304 |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 3 |
| SOLSTAS LAB PARTNERS GROUP LLC<br>FRANKLIN COLLECTION SERVICE<br>2978 W JACKSON ST<br>TUPELO, MS  38801 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3305**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| GEORGIA POWER CO<br>96 ANNEX<br>ATLANTA, GA  30396 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7147**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| MIDTOWN MEDICAL ASSOCIATES<br>550 PEACHTREE ST STE 1230<br>ATLANTA, GA  30308 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7413**<br>COMM: MEDICAL |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| FITNESS 1440 4394A<br>NET COLLECTIONS<br>2774 N COBB PKWY STE 109 181<br>KENNESAW, GA  30152 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8610**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| OKINUS INC<br>P O BOX 691<br>PELHAM, GA  31779 | **$0.00**<br>DATE FILED: 11/06/2014 | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>REJECT<br>ACCT: **8711**<br>COMM: FURNITURE |
| | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 1 |
| PIEDMONT CANCER INSTITUTE PC<br>105 COLLIER RD NW<br>ATLANTA, GA  30309 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT:<br>COMM: MEDICAL |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| CITY OF ATLANTA<br>PROFESSIONAL ACCOUNT MANAGEMENT<br>P O BOX 671<br>MILWAUKEE, WI  53201 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **7032**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 21<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| AFFORDABLE FURNITURE AND<br>APPLIANCES<br>PROGRESSIVE FINANCE<br>11629 S 700 E STE 250<br>DRAPER, UT  84020 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **1726**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 22<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| PROGRESSIVE INSURANCE COMPANY<br>PAYMENT PROCESSING CENTER 27<br>P O BOX 55126<br>BOSTON, MA  02205 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **2344**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 23<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| REGIONAL ACCEPTANCE CORPORATION<br>BANKRUPTCY SECTION/ 100-50-01-51<br>P O BOX 1847<br>WILSON, NC 27894 | **$18,725.09**<br>DATE FILED: 11/07/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7281**<br>COMM: REPO AUTO |
| | TRUSTEE'S CLAIM NO: 24<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 2 |
| USA FUNDS MCE2148<br>ATTN DEPOSIT OPERATIONS<br>P O BOX 6180<br>INDIANAPOLIS, IN 46206-6180 | **$1,771.53**<br>DATE FILED: 11/26/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8711**<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 25<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 5 |
| USA FUNDS MCE2148<br>ATTN DEPOSIT OPERATIONS<br>P O BOX 6180<br>INDIANAPOLIS, IN 46206-6180 | **$1,155.39**<br>DATE FILED: 11/26/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8711**<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 26<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 6 |
| PIEDMONT PATHOLOGY<br>SCA COLLECTIONS INC<br>P O BOX 876<br>GREENVILLE, NC 27835 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5894**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 27<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| PIEDMONT PATHOLOGY<br>SCA COLLECTIONS INC<br>P O BOX 876<br>GREENVILLE, NC 27835 | **$0.00**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8262**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 28<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| PIEDMONT PATHOLOGY<br>SCA COLLECTIONS INC<br>P O BOX 876<br>GREENVILLE, NC  27835 | $0.00<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8056**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 29<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| THE E AND A GROUP<br>P O BOX 5070<br>LAGUNA BEACH, CA  92652 | $167.21<br>DATE FILED: 12/23/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: 3856 |
| | TRUSTEE'S CLAIM NO: 30<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 8 |
| UNIVERSITY OF PHOENIX<br>4615 E ELWOOD ST FL 3<br>PHOENIX, AZ  85040 | $0.00<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0100**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 31<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| WELLS FARGO BANK NA<br>MAC A0143-042<br>P O BOX 63491<br>SAN FRANCISCO, CA  94163 | $171.10<br>DATE FILED: 03/16/2015 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8711**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 32<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 11 |
| COLORTYME<br>291 SAM RIDLEY PKWY E<br>STE 235<br>SMYRNA, TN  37167 | $0.00<br>DATE FILED: 11/06/2014 | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>REJECT<br>ACCT:<br>COMM: BED |
| | TRUSTEE'S CLAIM NO: 33<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| TAYLOR PROPERTIES<br>NO ADDRESS GIVEN<br>, TN  00000 | **$0.00**<br>DATE FILED: 12/17/2014 | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT:<br>COMM: RESIDENTIAL |
| | TRUSTEE'S CLAIM NO: 34<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| INSOLVE AUTO FUNDING<br>CAPITAL RECOVERY GROUP<br>DEPT 3403 P O BOX 123403<br>DALLAS, TX  75312 | **$16,813.48**<br>DATE FILED: 02/09/2015 | SECURED CREDITOR (F)<br>Disb level: 21<br><br>ACCT: **2500**<br>COMM: 2009 SAAB 9.3 CONVERTIBLE V6 TURBO  /E/ |
| | TRUSTEE'S CLAIM NO: 35<br>PERCENT ALLOWED: **100.00 % + 22.00%** | COURT'S CLAIM# 10 |
| OKINUS INC<br>P O BOX 691<br>PELHAM, GA  31779 | **$1,652.24**<br>DATE FILED: 11/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8711**<br>COMM: FURNITURE |
| | TRUSTEE'S CLAIM NO: 36<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 1 |
| PROG FINANCE LLC<br>10619 SOUTH JORDAN GATEWAY STE 100<br>SOUTH JORDAN, UT  84095 | **$2,089.69**<br>DATE FILED: 01/21/2015 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8711**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 37<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 9 |
| TOTAL | | $69,120.17 |

    The Trustee proposes to pay on such claims unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

| | | |
|---|---|---|
| 06/01/2015 | ST | /s/ Henry E. Hildebrand, III |
| DATE | INITIALS | HENRY E. HILDEBRAND, III |
| | | CHAPTER 13 TRUSTEE |
| | | P O BOX 340019 |
| | | NASHVILLE, TN 37203 |
| | | PHONE: 615-244-1101 |
| | | FAX: 615-242-3241 |
| | | pleadings@ch13nsh.com |

cc: HENRY E. HILDEBRAND, III
    JARVIS LAMAR JOHNSON
    729 DELLWOOD DRIVE
    SMYRNA, TN 37167

M TODD JACKSON
JACKSON AND ASSOCIATES PC
3326 ASPEN GROVE DR STE 400
FRANKLIN, TN 37067