IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| JARVIS LAMAR JOHNSON | ) | CHAPTER: | 13 |
| 1361 Westboro Drive SW | ) | CASE NO.: | 3:14-bk-08738 |
| Atlanta, GA 30310 | ) | JUDGE: | MASHBURN |
| SSN: XXX-XX-8711; | ) | | |
| | ) | | |
| Debtor | | | |

### NOTICE OF CHANGE OF ADDRESS

The Debtor, through his counsel, gives the court notice that his address has changed after his petition was filed. The Debtor's new address is as follows:

1361 Westboro Drive SW

Atlanta, GA 30310

*/s/ M. Todd Jackson*
M. TODD JACKSON
Attorney for Debtor(s)
3326 Aspen Grove Drive, Suite 400
Franklin, TN 37067
(615) 771-5143 (telephone)
(615) 771-5895 (facsimile)
todd @toddjacksonlaw.com

### CERTIFICATE OF SERVICE

I certify that on this 2nd day of September, 2015, I mailed a copy of the foregoing by First-Class Mail to the Office of the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019; and to the Office of the U.S. Trustee, Customs House, 701 Broadway, Nashville, TN 37203; to the Debtor(s) at the above referenced (new) address.

*/s/ M. Todd Jackson*
M. Todd Jackson