*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 9/17/2015



DO

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                       14-08738-RM3-13

JARVIS LAMAR JOHNSON
1361 WESTBORO DR SW                                      9/16/2015
ATLANTA, GA 30310

SSN XXX-XX-8711

## AGREED ORDER ALLOWING PLAN TO CONTINUE AND
## PLACING DEBTOR(S) ON PROBATION

It appears to the Court that the Trustee has filed a Motion To Dismiss the above-styled case due to the failure of the debtor(s) to make payments as required by the Chapter 13 plan previously confirmed by the Court. It further appears to the Court that the Trustee and the debtor(s) have agreed to allow the plan to continue. It is therefore

ORDERED, that the Trustee's Motion To Dismiss is denied; it is further

ORDERED, that it is the obligation of the debtor(s) to make all future payments in accordance with the confirmed Chapter 13 plan and that should the debtor(s) fail to make any payment as required, this case will be dismissed upon filing of notice by the Trustee, without further hearing; it is further

ORDERED that the payroll deduction for **JARVIS LAMAR JOHNSON** be modified in this case, to an amount equal to **$267.75 BI-WEEKLY**, in order that the plan be completed within the sixty (60) months of confirmation.

APPROVED FOR ENTRY:                                      THIS ORDER WAS SIGNED AND ENTERED
                                                                                                   ELECTRONICALLY AS INDICATED AT THE
/s/ Henry E. Hildebrand, III                                      TOP OF THE FIRST PAGE.
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

AGREED TO:

/s/ M TODD JACKSON
_____
M TODD JACKSON
ATTY FOR THE DEBTOR
JACKSON AND ASSOCIATES PC
3326 ASPEN GROVE DR STE 400
FRANKLIN, TN 37067
PHONE NO. 615-771-5143
todd@toddjacksonlaw.com
FAX NO. 615-771-5895

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.