IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JARVIS LAMAR JOHNSON | ) | CHAPTER: 13 |
| 1361 Westboro Drive SW | ) | CASE NO.: 3:14-bk-08738 |
| Atlanta, GA 30310 | ) | JUDGE: MASHBURN |
| SSN: XXX-XX-8711; | ) | |
| | ) | |
| Debtor | | |

**NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**

COMES the Debtor, through his counsel, and pursuant to Local Rule 9075-1 and respectfully moves the Court for an Order dismissing this Chapter 13 case and in support thereof would show the Court as follows:

1) The Debtor requests that his Chapter 13 case be dismissed.

2) Debtor's counsel will give notice to the United States Trustee and Chapter 13 Trustee via electronic notice through the ECF filing system, and will give notice by first-class United States mail to all creditors per the Certificate of Service.

Respectfully submitted,

*/s/ M. Todd Jackson*
M. TODD JACKSON
Attorney for Debtor(s)
3326 Aspen Grove Drive, Suite 400
Franklin, TN 37067
(615) 771-5143 (telephone)
(615) 771-5895 (facsimile)
todd @toddjacksonlaw.com

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of September, 2015, I mailed a copy of the foregoing by first-class mail to the Office of the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019; and to the Office of the U.S. Trustee, Customs House, 701 Broadway, Nashville, TN 37203; to the Debtor at the above-referenced address; and to all creditors on the matrix.

*/s/ M. Todd Jackson*
M. TODD JACKSON